MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2344 Tulare Street, Suite 200
Fresno, CA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com

ATTORNEYS FOR Defendant,
             JEFFREY BRYANT

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY BRYANT,<br><br>Defendant. | Case No. 1:22-CR-0104-ADA-BAM<br><br>STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER |

IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Change of Plea hearing currently on calendar for January 9, 2023, at 8:30 a.m., be continued to March 27, 2023, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

This continuance is requested by counsel for Defendant, JEFFREY BRYANT, due to the fact that counsel is scheduled to begin a DUI Murder Trial in Madera County on or about January 9, 2023, and is, therefore, unavailable for the hearing on the date set. Further, counsel for Defendant has three additional trials during the months of January and February 2023.

///

///

///

Counsel for Defendant has communicated with Assistant U.S. Attorney, Joseph Barton, who has no objection to this continuance.

Dated: January 4, 2023.	Respectfully Submitted,

LAW OFFICE OF MARK W. COLEMAN

/s/ Mark W. Coleman

MARK W. COLEMAN
Attorney for Defendant,
JEFFREY BRYANT

Dated: January 4, 2023.	UNITED STATES ATTORNEY'S OFFICE

JOSEPH BARTON
Assistant U.S. Attorney

\* \* \* \* \* \* \*

**O R D E R**

IT IS SO ORDERED that the Change of Plea hearing currently scheduled for January 9, 2023, at 8:30 a.m. be continued to March 27, 2023, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   January 4, 2023	_____
UNITED STATES DISTRICT JUDGE

2