1  MARK W. COLEMAN #117306
   LAW OFFICE OF MARK W. COLEMAN
2  2300 Tulare Street, Suite 300
   Fresno, CA 93721
3  PHONE (559) 552-8800
   FAX (559) 475-9328
4  mark@mcolemanlaw.com

5

6  ATTORNEYS FOR Defendant,
              JEFFREY BRYANT

7

8

9              **UNITED STATES DISTRICT COURT**

10      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

11

12  THE UNITED STATES OF AMERICA,          Case No.  1:22-CR-00104-NODJ-BAM

13              Plaintiff,

14      v.                                 STIPULATION TO CONTINUE
                                           SENTENCING HEARING AND ORDER
15  JEFFREY BRYANT,

16              Defendant.

17

18      IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective

19  clients that the Sentencing hearing currently on calendar for June 24, 2024, at 8:30 a.m., be

20  continued to August 5, 2024, at 8:30 a.m., or as soon thereafter as is convenient to the court's

21  calendar.

22      This continuance is requested by counsel for Defendant, JEFFREY BRYANT, due to the

23  fact that additional time is needed for Defendant to complete his interview with probation.

24      Counsel for Defendant has communicated with Assistant U.S. Attorney, Joseph Barton,

25  who has no objection to this continuance.

26  ///

27  ///

28  ///

1    Dated: May 2, 2024.              Respectfully Submitted,

2                                     LAW OFFICE OF MARK W. COLEMAN

3                                     /s/ Mark W. Coleman

4                                     MARK W. COLEMAN
                                      Attorney for Defendant,
5                                     JEFFREY BRYANT

6    Dated: May 2, 2024.              UNITED STATES ATTORNEY'S OFFICE

7                                     /s/ Joseph Barton

8                                     JOSEPH BARTON
                                      Assistant U.S. Attorney
9
                                              * * * * * * *
10

11                                   **<u>ORDER</u>**

12          IT IS SO ORDERED that the sentencing hearing is continued from June 24, 2024, to

13   **August 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

14

15   IT IS SO ORDERED.

16
        Dated:   **May 2, 2024**                    /s/ Barbara A. McAuliffe
17                                            UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

                                               2