MARK W. COLEMAN #117306
LAW OFFICE OF MARK W. COLEMAN
2300 Tulare Street, Suite 300
Fresno, CA 93721
PHONE (559) 552-8800
FAX (559) 475-9328
mark@mcolemanlaw.com


ATTORNEYS FOR Defendant,
           JEFFREY BRYANT

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY BRYANT,<br><br>    Defendant. | Case No. 1:22-CR-00104-NODJ-BAM<br><br><u>STIPULATION TO CONTINUE</u><br><u>SENTENCING HEARING AND ORDER</u> |

    IT IS HEREBY STIPULATED and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for August 12, 2024, at 8:30 a.m., be continued to September 9, 2024, at 8:30 a.m., or as soon thereafter as is convenient to the court's calendar.

    This continuance is requested by counsel for Defendant, JEFFREY BRYANT, due to the fact that counsel is not available on August 12, 2024.

    Counsel for Defendant has communicated with Assistant U.S. Attorney, Joseph Barton, who has no objection to this continuance.

///

///

///

| | | |
|---|---|---|
| Dated: May 28, 2024. | Respectfully Submitted, | |
| | LAW OFFICE OF MARK W. COLEMAN | |
| | /s/ Mark W. Coleman | |
| | MARK W. COLEMAN<br>Attorney for Defendant,<br>JEFFREY BRYANT | |
| Dated: May 28, 2024. | UNITED STATES ATTORNEY'S OFFICE | |
| | /s/ Joseph Barton | |
| | JOSEPH BARTON<br>Assistant U.S. Attorney | |

\* \* \* \* \* \* \*

**ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from August 12, 2024, to **September 9, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **May 28, 2024**                    /s/ Barbara A. McAuliffe
                                                                    UNITED STATES MAGISTRATE JUDGE

2